**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: July 12, 2019**

*Caryl E. Delano*

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                              Case No.
                                                    9:17–bk–10417–FMD
                                                    Chapter 13

Sonia Aleman


_____Debtor*_____/


### ORDER ABATING MOTION TO COMPEL DEBTOR TO PROVIDE PROPERTY SALE STATUS AND SALE PROCEEDS

   THIS CASE came on for consideration, without hearing, of the Motion to Compel Debtor to provide Property Sale status and Sale Proceeds by Creditor US Bank Trust NA , Doc. # 69 . After review, the Court determines that the motion , is deficient as follows:

        The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.


   Accordingly it is

   ***ORDERED:***

   Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.


The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.